IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

RUSSELL F. WALKER, )
)
      Plaintiff, )
)
      v. ) 1:09-CV-811
)
CAROLYN W. COLVIN, )
Acting Commissioner of Social Security, )
)
      Defendant. )

ORDER

On February 22, 2013, the United States Magistrate Judge's Recommendation [Doc. #20], was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed objections [Doc. #22] to the Recommendation within the time limit prescribed by § 636. The Court has reviewed Plaintiff's objections de novo. The Court does not find the objections persuasive and agrees with the Magistrate Judge's Recommendation. The Recommendation [Doc. #20] is affirmed and adopted in full.

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss [Doc. #10] is GRANTED, and this action is DISMISSED.

This the 25th day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE